

George G. Mgdesyan
Araksya Boyadzhyan
Silva Maranjyan

Shaw Yadegar, JD

November 20, 2019

**BY ECF**

Honorable Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Artur Chityan 18-CR-519-JPO

To the Honorable Judge J. Paul Oetken:

Our office, along with the approval of the defendant, submit this letter regarding the Sentencing scheduled for December 3, 2019. Currently, Mr. Mgdesyan is engaged in a federal trial entitled Timothy Sharp vs. City of El Monte et. al., Case Number 2:16-CV-02097-WDK (KSx) at the United States District Courthouse – Central District of California (Western Division). The trial is expected to finish by November 22, 2019. Additionally, Mr. Mgdesyan is scheduled for a necessary medical conflict which will not allow him to be present at the current Sentencing date. Accordingly, we respectfully request this Honorable Court to continue the sentencing to any date late January 2020. We have spoken to AUSA Thane Rehn who is not opposed to this continuance.

> Granted. Sentencing is adjourned to January 31, 2020, at 10:30 am. The Government's sentencing submission shall be filed by January 24, 2020; the Defendant's sentencing submission shall be filed by January 17, 2020.
> So ordered: 11/21/19

Anahit Keshishyan
Legal Assistant to George G. Mgdesyan

_____
J. PAUL OETKEN
United States District Judge