UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                             :
UNITED STATES OF AMERICA      :
                                             : CONSENT PRELIMINARY ORDER
       -v.                 : OF FORFEITURE/
                                             : <u>MONEY JUDGMENT</u>
ARTUR CHITYAN,              :
                                             : 18 Cr. 519 (JPO)
               Defendant.     :
                                             :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about July 23, 2018, ARTUR CHITYAN, (the "defendant"), was charged in a two-count Indictment, 18 Cr. 519 (JPO) (the "Indictment"), in Count One with conspiracy to commit wire fraud and bank fraud, in violation of Title 18, United States Code, Section 1349, and in Count Two with aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A and 2;

WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), of any and all property, real or personal, that constitutes or is derived from proceeds obtained directly or indirectly as a result of the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about July 8, 2019, the defendant pleaded guilty to Count One of the Indictment and admitted the forfeiture allegation with respect to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein he agreed to forfeit a sum of money representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $107,715 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Indictment;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney Thane Rehn, of counsel, and the defendant, and his counsel, George Mgdesyan, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pleaded guilty, a money judgment in the amount of $107,715 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary

Order of Forfeiture/Money Judgment, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ARTUR CHITYAN, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____  7/8/19
THANE REHN                    DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2354

ARTUR CHITYAN
Defendant

By: _____  07.08.19
ARTUR CHITYAN                 DATE

By: _____  7/8/19
GEORGE MGDESYAN, ESQ.         DATE
Attorney for Defendant
15260 Ventura Blvd, Suite 800
Sherman Oaks, CA 91403

SO ORDERED:

_____  1/31/2020
HONORABLE J. PAUL OETKEN   DATE
UNITED STATES DISTRICT JUDGE

5