

George G. Mgdesyan
Araksya Boyadzhyan
Silva Maranjyan

Shaw Yadegar, JD

March 25, 2020

**BY ECF**

Honorable Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Artur Chityan 18-CR-519-JPO

To the Honorable Judge J. Paul Oetken:

    Our office, along with the approval of the defendant, submits this letter regarding the surrender scheduled for April 10, 2020.

    Due to the current coronavirus pandemic, our main concern is the health of Mr. Chityan. Given his medical conditions, the defendant has chosen to self-quarantine during this time. Additionally, we are unaware of the present condition of the correctional institution. In order to stop the spread of the virus, we respectfully request this Honorable Court to continue the surrender of the defendant to the end of late May 2020. We have also spoken to AUSA Thane Rehn who is not opposed to this continuance.

Anahit Keshishyan

Legal Assistant to George G. Mgdesyan

> Granted.
> Defendant's surrender date is hereby adjourned to May 29, 2020.
> So ordered.
> March 27, 2020

J. PAUL OETKEN
United States District Judge

4529 Sherman Oaks Avenue, Sherman Oaks, CA 91403
Phone 818.386.6777 • Fax: 818.754.6778