**MGDESYAN**
— LAW FIRM

George G. Mgdesyan
Araksya Boyadzhyan
Silva Maranjyan

Shaw Yadegar, JD

May 22, 2020

**BY ECF**

Honorable Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Artur Chityan 18-CR-519-JPO

To the Honorable Judge J. Paul Oetken:

Our office, along with the approval of the defendant, submits this letter regarding the surrender scheduled for May 29, 2020.

We have previously asked the Court for a continuance due to COVID-19. As a result of the ongoing pandemic, we are concerned about Mr. Chityan's wellbeing. The defendant has serious underlying health conditions which would put him at risk should he be incarcerated at this time. Additionally, we are unaware of the present condition of the correctional institution. If the Court would like, Mr. Chityan has supportive documents from his physicians which describe his underlying medical conditions in detail. In order to stop the spread of the virus, we respectfully request this Honorable Court to continue the surrender of the defendant by 60 days. The government has also consented to a sixty-day continuance.

*[signature]*

Anahit Keshishyan
Legal Assistant to George G. Mgdesyan

> Granted.
> Defendant's surrender date is hereby adjourned to July 29, 2020.
>   So Ordered.
>   May 26, 2020

*[signature]*
J. PAUL OETKEN
United States District Judge