**MGDESYAN LAW FIRM**

George G. Mgdesyan
Araksya Boyadzhyan

Shaw Yadegar, JD

July 21, 2020

**BY ECF**

Honorable Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Artur Chityan 18-CR-519-JPO

> Granted.
> Defendant's surrender date is hereby adjourned to September 29, 2020.
>   So ordered.
>   July 22, 2020
>
> _____
> J. PAUL OETKEN
> United States District Judge

To the Honorable Judge J. Paul Oetken:

Our office, along with the approval of the defendant, submits this letter regarding the surrender scheduled for July 29, 2020. With no objection from the government, we have agreed to the following request.

Our office has previously asked the Court for a continuance due to COVID-19. As the virus continues to grow with rising confirmed cases around the country, we are concerned about our client given his underlying health conditions. Since we are unaware of the present condition of the correctional institution where Mr. Chityan would be housed, we would not want to put him at risk should he be incarcerated at this time. In an effort to stop the spread of the novel coronavirus, we respectfully request this Honorable Court to continue the surrender of the defendant by 60 days.

_____
Anahit Keshishyan

Legal Assistant to George G. Mgdesyan, Esq.