**MGDESYAN LAW FIRM**

George G. Mgdesyan
Araksya Boyadzhyan
Shaw Yadegar, JD

September 28, 2020

**BY ECF**

Honorable Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Artur Chityan 18-CR-519-JPO

To the Honorable Judge J. Paul Oetken:

Our office, along with the approval of the defendant, submits this letter regarding the surrender scheduled for September 29, 2020. We have contacted Assistant United States Attorney Nathan Rehn regarding the request for the defendant's continuance of surrender, at this time, the government is not in position to stipulate.

In our previous letter motion, we have indicated the present condition of Lompoc Correctional Facility which Mr. Chityan has been designated to. Over 70% of inmates have been tested positive for COVID-19, the chances of Mr. Chityan being infected is at an all time high. Given his underlying health conditions, the defendant is a high risk to suffer tremendous risk. Additionally, on information and belief, Mr. Chityan's wife is currently pregnant and having complications. She is to stay on bed rest and cannot carry over 15 lbs. Mr. Chityan's wife requires his full attention as she has no other family or friends to help. At this time, we respectfully request this Honorable Court to continue the surrender of the defendant by sixty (60) days.

Denied.
So ordered.
September 28, 2020

_____
George G. Mgdesyan, Esq.

_____
J. PAUL OETKEN
United States District Judge

4529 Sherman Oaks Avenue, Sherman Oaks, CA 91403
Phone 818.386.6777 • Fax: 818.754-6778