UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTUR CHITYAN,<br>                    Defendant. | 18-CR-519-1 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

    Upon consideration of the defendant's Unopposed Motion for Early Termination of Supervised Release, it is hereby ordered that defendant's Unopposed Motion for Early Termination of Supervised Release is GRANTED.  Defendant, Artur Chityan, is hereby discharged from supervision in this matter.

    SO ORDERED.

Dated: August 1, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge